# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Costa, Gregg J. | United States District Court. Southern District of Texas | 6/26/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge, Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

601 25th Street
Galveston, TX 77550

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director and Secretary | Sunflower County Freedom Project |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Costa, Gregg J. | 6/26/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Noble Americas Energy Solutions -- salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Costa, Gregg J. | 6/26/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Costa, Gregg J. | 6/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Apple common stock | | None | L | T | | | | | |
| 2. Bank of America common stock | A | Dividend | K | T | | | | | |
| 3. Citi common stock | A | Dividend | | | Sold | 12/26/12 | J | C | |
| 4. General Electric common stock | A | Dividend | K | T | | | | | |
| 5. Home Depot common stock | A | Dividend | | | Sold | 12/26/12 | J | C | |
| 6. Bank of America "cash" account | | None | K | T | | | | | |
| 7. Janus Fund D | A | Dividend | K | T | | | | | |
| 8. Janus Contrarian Fund | A | Dividend | | | Sold | 12/26/12 | K | D | |
| 9. Janus Global Select Fund | A | Dividend | | | Sold | 12/26/12 | K | D | |
| 10. Janus Worldwide Fund | A | Dividend | | | Sold | 12/26/12 | J | A | |
| 11. Columbia Seligmann Communications Fund | A | Distribution | J | T | | | | | |
| 12. Fidelity Advisor Equity Growth | | None | K | T | | | | | |
| 13. Investco Charter Fund | A | Dividend | K | T | | | | | |
| 14. iShares S&P Small Cap 600 Index Fund | A | Dividend | J | T | | | | | |
| 15. Oppenheimer Main Street Small & Midcap Fund | A | Dividend | J | T | | | | | |
| 16. Pioneer Mid-Cap Value Fund | A | Dividend | J | T | | | | | |
| 17. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Costa, Gregg J. | 6/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Texas 529 Large Cap Core Index Fund | A | Dividend | J | T | | | | | |
| 19. Texas 529 Capital Appreciation Portfolio | A | Dividend | J | T | | | | | |
| 20. Texas 529 Main Street Small & Mid-Cap Fund | A | Dividend | J | T | | | | | |
| 21. Virginia 529 Real Estate Investment Trust | A | Dividend | J | T | | | | | |
| 22. Virginia 529 Aggressive Fund | A | Dividend | K | T | | | | | |
| 23. Virginia 520 Stock Index Fund | A | Dividend | K | T | | | | | |
| 24. Virginia 529 International Fund | A | Dividend | J | T | | | | | |
| 25. America Funds Europacific Growth (401k) | A | Dividend | J | T | | | | | |
| 26. American Funds Growth Fund of America (401k) | A | Dividend | K | T | | | | | |
| 27. Artio International Equity II (401k) | | None | | | Sold | 10/23/12 | J | A | |
| 28. Causeway International Value (401k) | A | Dividend | J | T | | | | | |
| 29. DFA Emerging Markets Core Equity Fund (401k) | | None | K | T | Buy | 3/30/12 | J | | |
| 30. DFA Internatioanl Core Equity Fund (401k) | | None | K | T | Buy | 3/30/12 | J | | |
| 31. DFA U.S. Core Equity 2 Fund | | None | K | T | Buy | 3/30/12 | J | | |
| 32. Dodge & Cox Stock Fund (401k) | A | Dividend | J | T | Sold (part) | 10/23/12 | J | A | |
| 33. DWS Capital Growth Fund (IRA) | A | Dividend | J | T | | | | | |
| 34. DWS S&P 500 Index Fund (IRA) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Costa, Gregg J. | 6/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DWS World Dividend Fund (IRA) | A | Dividend | J | T | | | | | |
| 36. Fidelity Blue Chip Growth Fund (401k) | A | Dividend | K | T | | | | | |
| 37. Fidelity Fifty Fund (401k) | A | Dividend | K | T | | | | | |
| 38. Fidelity Freedom Income Fund (401k) | A | Dividend | K | T | | | | | |
| 39. Fidelity Growth Company Fund (401k) | A | Dividend | J | T | | | | | |
| 40. Fidelity Growth & Income Fund (401k) | A | Dividend | J | T | | | | | |
| 41. Fidelity Pacific Basin Fund (401k) | A | Dividend | K | T | | | | | |
| 42. Goldman Sachs Growth Opportunity (401k) | A | Dividend | J | T | | | | | |
| 43. Janus Global Select Fund (IRA) | A | Dividend | J | T | | | | | |
| 44. Janus Growth & Income Fund (IRA) | A | Dividend | J | T | | | | | |
| 45. Janus Research Fund (IRA) | A | Dividend | J | T | | | | | |
| 46. Janus Worldwide Fund (IRA) | A | Dividend | J | T | | | | | |
| 47. JP Morgan Prime Money Market (401k) | | None | | | Sold | 10/23/12 | J | A | |
| 48. JP Morgan Smart Retirement 2020 (IRA) | A | Dividend | L | T | Buy (add'l) | 10/23/12 | K | | |
| 49. JP Morgan Smart Retirement 2030 (401k) | | None | | | Sold | 10/23/12 | J | A | |
| 50. JP Morgan Smart Retirement 2035 (401k) | | None | | | Sold | 10/23/12 | J | A | |
| 51. JP Morgan Smart Retirement 2040 (IRA) | A | Dividend | L | T | Buy (add'l) | 10/23/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Costa, Gregg J. | 6/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Matthews Asia Growth & Income Fund | | None | K | T | Buy | 3/30/12 | J | | |
| 53. Pyramis Select International Equity Commingled (401k) | | None | K | T | | | | | |
| 54. Rainier Large Cap Equity (401k) | | None | | | Sold | 10/23/12 | J | A | |
| 55. Sempra Energy Stock (401k) | | None | J | T | | | | | |
| 56. T. Rowe Price Growth Stock Fund (401k) | A | Dividend | K | T | | | | | |
| 57. T. Rowe Price Small Cap Stock Fund (401k) | | None | K | T | | | | | |
| 58. Vanguard Institutional Index (401k) | A | Dividend | L | T | | | | | |
| 59. Vanguard Money Market Fund (401k) | A | Dividend | J | T | | | | | |
| 60. Vanguard Mid-Cap Index (401k) | | None | | | Sold | 10/23/12 | J | A | |
| 61. Wasatch Small Cap Growth Fund (401k) | A | Distribution | J | T | | | | | |
| 62. State of Israel Bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Costa, Gregg J. | 6/26/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Costa, Gregg J. | 6/26/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregg J. Costa**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544